# EXHIBIT 7

**brentohlmann** a limited liability co.
1730 park street, suite 210   naperville, illinois   60563
brent@brentohlmann.com   630.355.8008

October 15, 2014

Darryl Rudd
Dungeon Labbs, Inc.
1100 S. Beverly Drive
Los Angeles, CA 90035

By Email & Certified Mail -
Return Receipt Requested
(7012 3460 0001 1229 7155)

Re:   Unauthorized Use of Registered Trademarks
Marks: **MUSCLE FUEL®** (1,231,622); **MUSCLE FUEL THE ORIGINAL FUEL®** (3,940,266)

Dear Mr. Rudd,

I represent Thomas M. Steffan, Inc. d/b/a Steffco International Corp. ("Steffco"), an Illinois corporation that owns the registered federal trademarks MUSCLE FUEL and MUSCLE FUEL THE ORIGINAL FUEL for nutritional supplements marketed to body builders and athletes, specifically, whey protein. Copies of the Certificates of Registration are enclosed for your review.

Steffco recently discovered that Dungeon Labbs, Inc. currently sells ADVANCED MUSCLE FUEL whey protein isolate powder through its wholesale website (www.dungeonlabbs.com) as well as its retail e-commerce site (www.dungeonofdiscipline.com). As a federal trademark registrant yourself, you understand that any unauthorized use of a registered mark, or a confusingly similar, legally identical variant, in connection with identical or related goods constitutes infringement of the exclusive federal rights of the trademark owner. Under trademark law, if a trade name or mark is identical or similar to another's mark in appearance, phonetic pronunciation or connotation (differences in spelling or punctuation are not legally relevant) and the goods are related to those provided under the registered mark, then there is a likelihood of consumer confusion. The test is not whether the marks can be distinguished in side-by-side comparison but rather if they are sufficiently similar in overall commercial impression that confusion as to the source of the product is likely to result. Adding the word ADVANCED to my client's MUSCLE FUEL mark does not eliminate the infringement.

Steffco has continuously used MUSCLE FUEL since January 7, 1981 on dietary and nutritional supplement. Its federal registration provides constructive notice of ownership of the mark and intent is not a required element in an infringement action under the Trademark Act. See, 15 U.S.C. §§1072, 1114(1)(a). Whether you were aware of Steffco's mark or not, unauthorized use of an identical or confusingly similar mark still constitutes infringement. Section 1114 of the Act provides remedies for infringement to owners of registered marks including injunctive relief, seizure, impounding and destruction of infringing materials, recovery of profits from the infringing party, in some cases, punitive damages in an amount up to three times the actual damage amount, as well as prejudgment interest, attorneys' fees and the costs of litigation.

Darryl Rudd
October 15, 2014
Page 2

Where the marks are essentially identical, as is the case here, the degree of similarity between the parties' goods required to show likelihood of confusion declines. *In re Shell Oil Co.*, 26 USPQ2d 1687 (Fed. Cir. 1993). The goods need not be identical or even directly competitive to find a likelihood of confusion. *See Safety-Kleen Corp. v. Dresser Industries, Inc.*, 518 F.2d 1399, 1404 (CCPA 1975); TMEP §1207.01(a)(i). Rather, they only need to be related in some manner, or the conditions surrounding their marketing are such that they would be encountered by the same purchasers under circumstances that would give rise to the mistaken belief that the goods or services come from a common source. *In re Total Quality Group, Inc.*, 51 USPQ2d 1474, 1476 (TTAB 1999); *On-line Careline, Inc. v. America Online, Inc.*, 229 F.3d 1080, 1086-87 (Fed. Cir. 2000).

The MUSCLE FUEL marks are registered for protein preparations for use as food supplements and protein-based drink mix nutritional supplement. The Dungeon Labbs' website describes and sells ADVANCED MUSCLE FUEL as whey protein dietary and nutritional supplements, which is legally identical to the goods sold by my client under the MUSCLE FUEL marks.

Your use of ADVANCED MUSCLE FUEL is likely to cause consumer confusion, mistake, or deception with the federally registered MUSCLE FUEL marks. Customers and prospective customers of Steffco are likely to be confused as to whether your product is associated with or owned by Steffco. In light of this, you must immediately stop all use ADVANCED MUSCLE FUEL and any similar variant (with punctuation or different spellings or other additional words) for dietary and nutritional supplements. An appropriate alternative would be a generic term like WHEY PROTEIN POWDER. Any use of ADVNACED MUSCLE FUEL after this letter will be considered intentional infringement of the MUSCLE FUEL marks and may subject you to liability for additional damage amounts.

Please contact me no later than **Friday, October 24, 2014** to confirm that Dungeon Labbs, Inc. will comply with this request if you have not already done so at that time. Steffco is diligent in protecting its intellectual property rights and the goodwill that its marks represent. Thank you in advance for your cooperation and timely reply to this letter. Do not hesitate to call me with any questions.

Sincerely,

/Brent E. Ohlmann, Manager
Law Office of Brent E. Ohlmann, LLC

Enc.

cc: Thomas M. Steffan, President
Steffco International Corp.

Int. Cl.: 5

Prior U.S. Cl.: 18

**United States Patent and Trademark Office**

Reg. No. 1,231,622
Registered Mar. 22, 1983

## TRADEMARK
Principal Register

## MUSCLE FUEL

Laura R. Placek (United States citizen)
307 Plainfield Rd.
LaGrange, Ill. 60525

For: PROTEIN PREPARATIONS FOR USE AS SUPPLEMENTS TO FOOD, in CLASS 5 (U.S. Cl. 18).

First use Jan. 7, 1981; in commerce Jan. 7, 1981.

No claim is made to the exclusive right to use the word "Muscle", apart from the mark as shown.

Ser. No. 329,710, filed Sep. 25, 1981.

JAMES GROSSMAN, Examining Attorney

# United States of America
## United States Patent and Trademark Office

### MUSCLE FUEL THE ORIGINAL FUEL

**Reg. No. 3,940,266**  
**Registered Apr. 5, 2011**  
**Int. Cl.: 5**

**TRADEMARK**

**PRINCIPAL REGISTER**

THOMAS M. STEFFAN, INC. (ILLINOIS CORPORATION), AKA STEFFCO INTERNATIONAL CORPORATION
204 AMENDODGE DRIVE
SHOREWOOD, IL 60431

FOR: NUTRITIONAL SUPPLEMENT IN THE NATURE OF A NUTRIENT-DENSE, PROTEIN-BASED DRINK MIX; WHEY PROTEIN SUPPLEMENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 9-30-1988; IN COMMERCE 9-30-1988.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,231,622.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MUSCLE" AND "ORIGINAL", APART FROM THE MARK AS SHOWN.

SER. NO. 85-068,927, FILED 6-22-2010.

SUZANNE BLANE, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office