# EXHIBIT 8

LAW OFFICES

# PAULEY PETERSEN & ERICKSON
A PROFESSIONAL CORPORATION

SUITE 365
2800 WEST HIGGINS ROAD
HOFFMAN ESTATES, ILLINOIS 60169 U.S.A.

TELEPHONE (847) 490-1400
FACSIMILE (847) 490-1403
www.ppelaw.com

DOUGLAS H. PAULEY
MAXWELL J. PETERSEN
KEVIN D. ERICKSON
NICK C. KOTTIS
MARK D. SWANSON
WILLIAM R. SIEGEL

PATENT, TRADEMARK, COPYRIGHT
AND RELATED MATTERS

09 January 2015

Mr. Darryl Rudd
Dungeon Labbs, Inc.
1100 S. Beverly Drive
Los Angeles, CA 90035

*VIA E-MAIL and FedEx*

CONFIRMATION

RE: Trademark Infringement
U.S. Reg. Nos. 1,231,622 and 3,940,266
Our Ref.: TMS-9003

Dear Sirs,

We represent Thomas M. Steffan, Inc. d/b/a Steffco International Corp. ("Steffco") in intellectual property matters. We are aware of correspondence previously sent you from Brent Ohlmann, Esq. regarding U.S. Registration 1,231,622 for the mark MUSCLE FUEL® and U.S. Registration 3,940,266 for the mark MUSCLE FUEL THE ORIGINAL FUEL® (collectively, the Marks). To date, you have ignored all efforts to reach some resolution to this matter.

As such, we have been retained to pursue this matter to a resolution. Please note that Steffco has actively policed its valuable Marks over the years, including several times here in the U.S. District Court for the Northern District of Illinois. We are prepared to again take such action but we are reaching out to you one last time in the hope that we can resolve this matter amicably. We strongly advise you to seek legal representation in this matter.

We ask that you or your attorney please contact me **on or before 16 January 2015** so that we can resolve this matter in a time and cost efficient manner. We will understand your further silence to mean that you are unwilling to discuss this matter and we will proceed accordingly. Thank you.

Regards,

*[signature]*

Kevin D. Erickson